

FILED
CLERK, U.S. DISTRICT COURT
OCT 22 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

EDWIN CERVANTES,

　　　　　Defendant.

Case No. 2:24-CR-0027 GW

ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions)

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The Court finds no condition or combination of conditions that will reasonably assure:

　　☐　the appearance of defendant as required; and/or

　　☒　the safety of any person or the community.

//
//
//

The Court concludes:

☐ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk. The risk of nonappearance is based on:

☒ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk. The risk of danger is based on: instant allegations (committing new offense – assault with a firearm).

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 10/22/2025

/s/
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE